

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00110-CR

_____


LEE VERT SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 5th Judicial District Court
Bowie County, Texas
Trial Court No. 06F0744-005


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Lee Vert Smith attempts to appeal his conviction for aggravated sexual assault of a child. Smith entered into a plea agreement and was sentenced in accordance therewith to twenty-five years' imprisonment.

The record contains a certification from the trial court that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2.

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Because the trial court's certification affirmatively shows Smith has no right of appeal, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     June 12, 2008
Date Decided:       June 13, 2008

Do Not Publish

2